**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | Case No. 3:17-CR-496-N |
| | § | |
| KWANGHEE ANH | § | |

## MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW the Movant herein, Maria Tu, Court Appointed Counsel for Defendant Kwanghee Anh, brings this Motion for Withdrawal of Counsel. In support thereof, shows the Court as following:

(1) Movant was appointed as attorney of record under the Criminal Justice Act of 1964 on or about March 31, 2017.

(2) On or about September, 2017, Movant was unable to effectively communicate with Defendant.

(3) Further, Defendant has failed to voluntarily surrender herself on September 28, 2017 and October 5, 2017 despite Movant's due diligence.

(4) Movant has sent numerous email and correspondence to Defendant Anh since September and received no response.

(5) Movant is unable to provide effective legal representation without communication with Defendant.

As such, Counsel requests the Court to allow her to withdraw as counsel.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grants her Motion and orders the discharge of Movant as attorney for Defendant, Kwanghee Anh.

Respectfully submitted,

Law Offices of Maria Tu, P.C.
6200 Chase Oaks Blvd., #102
Plano, Texas 75023
(972) 964-8366 (phone)
(972) 964-4811 (fax)

By:/s/ Maria Tu__________________
Maria Tu
State Bar No. 24044844

## CERTIFICATE OF CONFERENCE

This request has been discussed with assistant United States Attorney David L. Jarvis on October 5th, 2017, and David L. Jarvis is UNOPPOSED to this Motion.

/s/ Maria Tu__________________
Maria Tu

## CERTIFICATE OF SERVICE

I certify that on this the 26th day of October, 2017, a copy of the foregoing was served on counsel for the United States of America in accordance with the Federal Rules of Criminal Procedure, using the electronic case filing system of the Court.

David L. Jarvis

Assistant United States Attorney

/s/ Maria Tu__________________
Maria Tu